ORIGINAL

# In the United States Court of Federal Claims

No. 15-1366C
Filed February 1, 2016

FILED

FEB - 1 2016

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| GLENN J. JEFFERYS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## DISMISSAL ORDER

Plaintiff, *pro se*, Glenn J. Jefferys, Jr., commenced this action on November 9, 2015. Plaintiff did not submit the filing fee required for bringing an action in this Court at the time that he filed the complaint in accordance with Rule 77.1(c) of the Rules of the United States Court of Federal Claims ("RCFC"). Nor did plaintiff file a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1951(a).

On January 11, 2016, the Court issued an Order to Show Cause directing plaintiff to either pay the outstanding filing fee, or to file an appropriate motion to proceed *in forma pauperis*, by Monday January 25, 2016. The Court informed plaintiff that failure to comply with the Court's Order would result in dismissal of the complaint without prejudice for failure to prosecute pursuant to RCFC 41(b).

Plaintiff has neither paid the Court's filing fee, nor filed a motion to proceed *in forma pauperis*. RCFC 41(b) provides that: "[i]f the plaintiff fails to prosecute or to comply with [the Court's] rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it." RCFC 41(b). And so, pursuant to

RCFC 41(b), the Clerk's Office is directed to **ENTER** final judgment **DISMISSING** the complaint. No costs.

**IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge